UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HERMASTINE GORDON,

                 Plaintiff,

vs.

PLANNED PARENTHOOD,

                 Defendant.

_____/

Case No. 1:06-cv-98

Hon. Hugh W. Brenneman, Jr.


**JUDGMENT ORDER**

       For the reasons as set forth in the court's opinion, defendant's motion for summary judgment (docket no. 42) is **GRANTED** and judgment is entered in favor of defendant.


Dated:  September 20, 2007            /s/ Hugh W. Brenneman, Jr.
                                           HUGH W. BRENNEMAN, JR.
                                           United States Magistrate Judge